ENG CHOY v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 14, 1910.)

No. 3,134.

ALIENS (§ 32*)—PROCEEDINGS FOR DEPORTATION OF CHINESE—SUFFICIENCY OF EVIDENCE.

Findings of a commissioner and the District Court that the evidence was insufficient to establish the right of a Chinese person to remain in the United States on the ground that he was born in this country *held* supported by the evidence.

[Ed. Note.—For other cases, see Aliens, Dec. Dig. § 32.*

Citizenship of the Chinese, see notes to Gee Fook Sing v. United States, C. C. A. 212; Lee Sing Far v. United States, 35 C. C. A. 332.]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from the District Court of the United States for the Eastern District of Arkansas.

Eng Choy, a Chinese person, was ordered deported, and appeals. Affirmed.

Will Akers (E. D. Kidder, on the brief), for appellant.

William G. Whipple, for the United States.

Before ADAMS, Circuit Judge, and RINER and W. H. MUNGER, District Judges:

PER CURIAM. This is a proceeding instituted by the United States to secure the deportation of a Chinese person on the ground that he was unlawfully within the United States. The case was made to turn on the issue of fact whether he was born in this country. The commissioner and District Judge both found this issue against him. This was not only presumptively correct, but an examination of the record convinces us that it was so in fact.

The judgment is affirmed.